JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., | Case No. 5:17-cv-01789-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 9/28/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge